IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: John Bush<br>counsel: | Judge : Bill Wilson<br>Reporter: C. Newburg<br>Clerk: M. Johnson<br>Interpreter: |
| vs | USPO: C. Grimes |
| **ISADORE BUTLER BANKS**<br>counsel: Chris Tarver<br>counsel: | Date: August 7, 2008 |

CASE NO: 4:02CR00111-01

**COURT PROCEEDING: Supervised Release Revocation Hearing**

Begin: 3:13 p.m.                                                                                  End: 4:09 p.m.

Court calls cases and reviews to present; deft denies alleged violations; gov't and deft present testimony; parties come to agreement; revocation denied; order to be entered. (Deft Exhibits 1-3 ret'd to counsel for deft, Chris Tarver)

Court in recess.

CourthearingMinutes.Revo.wpd

# United States District Court

Eastern ~~Western~~ DISTRICT OF Arkansas DIVISION

USA
v.
Isadore Banks

EXHIBIT LIST

CASE NUMBER: 4:07CR00111-01-WRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bill Wilson | John Bush | Chris Tarver |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/7/08 | Kneeburg | M Johnson |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  | 8/7 | Abram's service ltr |
|  | 2 |  |  |  | 8/7 | Divorce Decree 12/30/99 |
|  | 3 |  |  |  | 8/7 | Trial transcript excerpt |