IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:02CR00111-01-WRW

ISADORE BUTLER BANKS

## ORDER

The above entitled cause came on for a hearing on February 26, 2008, the Honorable William R. Wilson, presiding, on the Motion to Revoke the Supervised Release of the defendant, Isadore Butler Banks. The defendant having denied the alleged violations before the Court, the Government and the defendant presented evidence. Having heard the evidence of the parties, the Court found that the motion should be and hereby is, DENIED.

The Supervised Release for Mr. Banks is modified. Mr. Banks will be placed on home detention with electronic monitoring for a period of six (6) months. The cost of the electronic monitoring will be paid by the U.S. Probation Office. The remaining terms and conditions of supervised release previously ordered remain in full force and effect.

IT IS SO ORDERED this 2nd day of March, 2009.

                                              /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

supvrdny.jdg.Banks2.wpd