IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff,        ) | |
| v.        ) | NO. 4:02CR00111-01 BRW |
|         ) | |
| ISADORE BANKS, II        ) | |
| Defendant,        ) | |
| and        ) | |
| SOCIAL SECURITY ADMINISTRATION   ) | |
| Garnishee        ) | |

GARNISHMENT ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 29, 2011, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the net sum of $1,008.00. The defendant is indebted to the United States in the sum of $34,589.82.

On April 12, 2011, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property. The United States is entitled to 25% of the defendant's Social Security net Benefits of $1,008.00

THEREFORE, IT IS ORDERED that the Garnishee pay 25% of defendant's Social Security net benefits per pay period and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to the United States District Court Clerk, 600 W. Capitol Avenue, Suite A149, Little Rock, Arkansas, 72201.

Dated: This 16th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE